

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 27, 2008

**Via Facsimile**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8-28-08

    *Re: United States v. Albert Attoh,*
       No. 08 Cr. 733 (VM)

Dear Judge Marrero,

    I write to confirm that the parties in the above-captioned case are available to attend the pretrial conference that has previously been scheduled for Friday, August 29, 2008, at 11:00 a.m. The defendant was arraigned before Magistrate Judge Henry Pitman on August 12, 2008. At the arraignment, Magistrate Judge Pitman excluded time under the Speedy Trial Act until the August 29, 2008 conference date.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney
        Southern District of New York

        By: /s/ Howard Master
        Howard S. Master
        Assistant United States Attorney
        212-637-2248

cc:    Sarah Baumgartel, Esq., Federal Defenders of New York
       (Attorney for Albert Attoh)

> Request GRANTED. The *Initial pretrial* conference herein is scheduled to *8-29-08* at *11:00 a.m.*
>
> SO ORDERED.
>
> 8-27-08
> DATE    VICTOR MARRERO, U.S.D.J.